# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    Bankruptcy No. 19-23944-CMB
Eileen Marie Stamps,                    Chapter 13
Debtor(s),

## NOTICE OF
## CHANGE OF ADDRESS

Undeliverable Address

    Name:                  Peoples Natural Gas
                                   P.O. Box 664670
    Incorrect Address:     Pittsburgh, PA 15264-4670

Corrected Address:

    Name:                  Peoples Natural Gas
                                   P.O. Box 644760
    Correct Address:       Pittsburgh, PA 15264-4670

                                            /s/Justin P. Schantz, Esquire
Dated: November 12, 2019          Electronic Signature of Debtor(s)' Attorney
                                            Law Care
                                            David A. Colecchia and Associates
                                            324 South Maple Ave.
                                            Greensburg, PA 15601
                                            724-837-2320
                                            PA Bar I.D. 210198
                                            jschantz@my-lawyers.us