# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  Bankruptcy No. 19-23944-CMB
Eileen Marie Stamps,  Chapter 13
Debtor(s),

## NOTICE OF
## CHANGE OF ADDRESS

Undeliverable Address

    Name:  Ctifinancial, Inc.
                        5990 University Blvd.
    Incorrect Address:  Moon Twp., PA 15108-4229

Corrected Address:

    Name:  CitiFinancial, Inc.
                        Attn.: CitiFinancial Customer Care
                        605 Munn Road
    Correct Address:  Fort Mill, SC 29715

                                                /s/Justin P. Schantz, Esquire
Dated: November 12, 2019  Electronic Signature of Debtor(s)' Attorney
                                                Law Care
                                                David A. Colecchia and Associates
                                                324 South Maple Ave.
                                                Greensburg, PA 15601
                                                724-837-2320
                                                PA Bar I.D. 210198
                                                jschantz@my-lawyers.us