IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In RE:  Eileen Marie Stamps,

                 Debtor,

Eileen Marie Stamps and Ronda Winnecour,
Chapter 13 Trustee,        xxx-xx-7629
                 Movants,

        V.
Artech, LLC,

           Respondent,

Case No. 19-23944-CMB
Related to Docket Document No. 1

Docket Document No. 30

Wage Attachment Motion WO-1

**CERTIFICATE OF SERVICE OF EX-PARTE ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

I certify under penalty of perjury that I served the above captioned pleading and aForm 12 on the parties at the addresses specified below or on the attached list on November 13, 2019.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:
Service by First-Class Mail

Artech, LLC
Attn: Payroll Administrator
360 Mount Kemble Avenue, Suite 2000
Morristown, NJ 07960

Eileen Stamps
2640 Russell Drive
Lower Burrell, PA 15068

Service by NEF

Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com

EXECUTED ON: November 13, 2019

        By:    /s/ Justin P. Schantz
               Signature
               Justin P. Schantz
               Typed Name
               324 South maple Avenue, Greensburg, PA 15601
               jschantz@my-lawyers.us
               Address
               724-837-2320
               Phone No.
               PA ID 210198
               List Bar I.D. and State of Admission

**PAWB Local Form 7 (07/13)**