**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| In re:<br><br>Eileen Marie Stamps,<br>　　　　　　Debtor<br><br>Lakeview Loan Servicing, LLC.<br>　　　　　　Movant<br>　　v.<br>Eileen Marie Stamps<br>　　　　　Debtor/Respondent<br>Ronda J. Winnecour, Esquire<br>　　　　　Trustee/Respondent | Bankruptcy No. 19-23944-CMB<br><br>Chapter 13<br><br>Related to Doc. No. 13 |

## U.S. BANK'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

Secured creditor, Lakeview Loan Servicing, LLC, ("Lakeview") by and through its undersigned counsel, hereby objects to the proposed Chapter 13 Plan of Debtor, Eileen Marie Stamps, and in support thereof alleges as follows:

1. Debtor, Eileen Marie Stamps ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on October 8, 2019.

2. Lakeview holds a security interest in the Debtor's real property located at 2640 Russell Drive, Lower Burrell, PA 15068 (the "Property"), by virtue of a Mortgage recorded with the Dauphin County Recorder of Deeds on May 2, 2005 in Instrument Number 200505020020952.

3. Said Mortgage secures a Note in the amount of $77,975.00.

4. On December 17, 2019, Lakeview filed its Proof of Claim as a secured creditor in the amount of $60,982.84. A true and correct copy of the Proof of Claim (with all supporting documents) is attached hereto as Exhibit "A."

5. The Proof of Claim further sets forth and itemizes a pre-petition arrearage of $5,309.90. See Exhibit "A."

6. On October 22, 2019, Debtor filed a Chapter 13 Plan (the "Plan"). A true and correct copy of the Plan is attached hereto as Exhibit "B."

7. The Plan fails to account for the full pre-petition arrearage of $5,309.90, as it fails to state a total sum of $5,309.90, that will be paid through the Plan. See Exhibit "B."

8. Thus, the Plan is understated as it does not accurately reflect the amount of the pre-petition arrearage which will be paid through the Chapter 13 Trustee's Office.

9. Accordingly, pursuant to 11 U.S.C.A. § 1325(a)(5) Lakeview hereby objects to Debtor's proposed Plan due to the fact that the value of the property to be distributed thereunder will be less than the allowed amount under the claim. See 11 U.S.C.A. § 1325(a)(5)(B)(ii).

WHEREFORE, Movant, Lakeview Loan Servicing, LLC, respectfully requests that this Court not confirm the Chapter 13 Plan of Debtor, Eileen Marie Stamps.

          RAS Crane, LLC
          Attorney for Secured Creditor
          10700 Abbott's Bridge Road, Suite 170
          Duluth, GA 30097
          Telephone: 470-321-7112
          Facsimile: 404-393-1425

          By: /s/Sheetal Shah-Jani
          Sheetal Shah-Jani, Esquire
          Pennsylvania Bar Number **MISSING**
          Email: sshahjani@rascrane.com

Date: January 7, 2020

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

| | |
|---|---|
| In re:<br><br>Eileen Marie Stamps,<br>                Debtor<br><br>Lakeview Loan Servicing, LLC.<br>                Movant<br>  v.<br>Eileen Marie Stamps<br>                Debtor/Respondent<br>Ronda J. Winnecour, Esquire<br>                Trustee/Respondent | Bankruptcy No. 19-23944-CMB<br><br>Chapter 13<br><br>Related to Doc. No. 13 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 7, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

JUSTIN P. SCHANTZ
LAW CARE
324 S. MAPLE AVENUE, 2ND FLOOR
GREENSBURG, PA 15601

EILEEN MARIE STAMPS
2640 RUSSELL DRIVE
NEW KENSINGTON, PA 15068

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222


RAS Crane, LLC
Attorney for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Sheetal Shah-Jani
Sheetal Shah-Jani, Esquire
Pennsylvania Bar Number **MISSING**
Email: sshahjani@rascrane.com


Date: January 7, 2020