B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania

In re  Eileen Marie Stamps                ,            Case No.  19-23944-CMB

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Linear Mortgage, LLC | Bayview Loan Servicing, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 P.O. Box 2420
 Sarasota, FL 34230

Court Claim # (if known):  10
Amount of Claim:  $5,770.51
Date Claim Filed:  12/16/2019

Phone:  (877) 215-2507
Last Four Digits of Acct #:  7629

Phone:  (866) 709-3400
Last Four Digits of Acct. #:  4684

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Taylor Bennett                        Date: 06/17/2020
    (Transferee/Transferee's Agent)

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



```
202006160017028
Electronic Recording          06/16/2020
Pages: 2        F: $83.25     08:36AM
Frank Schiefer                T20200016391
Westmoreland County Recorder
I hereby CERTIFY
that this document is
recorded in the
RECORDERS OFFICE
of Westmoreland County
Pennsylvania
Frank Schiefer - Recorder of Deeds
```

## CORPORATE ASSIGNMENT OF MORTGAGE

Loan #: 1734684 / TS Ref #: 0011200000000067 / Client Ref #: 1734684B
PA/WESTMORELAND

Assignment Prepared on: May 13, 2020

**ASSIGNOR: BAYVIEW LOAN SERVICING, LLC**, at 4425 PONCE DE LEON BLVD, 5TH FLOOR, CORAL GABLES, FL, 33146

**ASSIGNEE: BAYVIEW DISPOSITIONS IVA, LLC**, at 4425 PONCE DE LEON BLVD., 5TH FLOOR, CORAL GABLES, FL, 33146

For value received, the Assignor does hereby grant, sell, assign, transfer and convey, unto the above-named Assignee interest under that certain Mortgage Dated: 8/11/2005, in the amount of $28,494.77, executed by EILEEN STAMPS to CITIFINANCIAL, INC. and Recorded: 8/15/2005, Instrument #: 200508150041905 in WESTMORELAND County, State of Pennsylvania.

I do certify that the precise address of (grantee/assignee/mortgagee/etc) is 4425 PONCE DE LEON BLVD., 5TH FLOOR, CORAL GABLES, FL, 33146

Attested By: _____

The property is located in the City of LOWER BURRELL.
Legal Description:
ALL THAT CERTAIN PARCEL OF LAND IN CITY OF LOWER BURRELL, WESTMORELAND COUNTY, COMMONWEALTH OF PENNSYLVANIA, AS MORE FULLY DESCRIBED IN BOOK 3668 PAGE 295 ID# 17-03-14-0-143, BEING KNOWN AND DESIGNATED AS LOT 25 LESLIE PLAN, NO. 4, FILED IN PLAT BOOK 13 AT PAGE 23.
BEING THE SAME PROPERTY CONVEYED BY FEE SIMPLE DEED FROM MARK J MARIETTI AND AND MICHAEL L MARIETTI, USBAND AND WIFE TO EILEEN STAMPS, DATED 05/07/1999 RECORDED ON 05/11/1999 IN BOOK 3668, PAGE 295 IN WESTMORELAND COUNTY RECORDS, COMMONWEALTH OF PENNSYLVANIA.

Document References:
- Assignment Dated: 2/23/2017 from CITIFINANCIAL SERVICING LLC, A DELAWARE LIMITED LIABILITY COMPANY to BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY Recorded: 2/28/2017, Instrument #: 201702280006654

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

UPI    17-02908-00000

MAP    17-03-14-0-143

BAYVIEW LOAN SERVICING, LLC

On: JUN 0 9 2020

By:
Name: ESLOAN SOTOLONGO
Title: ASSISTANT VICE PRESIDENT

State of FLORIDA
County of MIAMI-DADE

The foregoing instrument was acknowledged before me by means of ✓ physical presence or ___ online notarization, this JUN 0 9 2020, by, ESLOAN SOTOLONGO, ASSISTANT VICE PRESIDENT, of BAYVIEW LOAN SERVICING, LLC a FLORIDA corporation, on behalf of the corporation. He/She is personally known to me or has produced _____ as identification.

WITNESS my hand and official seal,

Isabel Molina
Notary Expires: 5/7/2023 / #: GG 331968

ISABEL MOLINA
MY COMMISSION # GG 331968
EXPIRES: May 7, 2023
Bonded Thru Notary Public Underwriters

**PA/WESTMORELAND**



2020061700017482
Electronic Recording 06/17/2020
Pages: 2   F: $83.25   01:37PM
Frank Schiefer   T20200016778
Westmoreland County Recorder

I hereby CERTIFY
that this document is
recorded in the
RECORDERS OFFICE
of Westmoreland County
Pennsylvania

Frank Schiefer - Recorder of Deeds



## CORPORATE ASSIGNMENT OF MORTGAGE

Loan #: 1734684 / TS Ref #: 0011200000000084 / Client Ref #: 1734684C
PA/WESTMORELAND

Assignment Prepared on: May 13, 2020

**ASSIGNOR: BAYVIEW DISPOSITIONS IVA, LLC**, at 4425 PONCE DE LEON BLVD., 5TH FLOOR, CORAL GABLES, FL, 33146

**ASSIGNEE: LINEAR MORTGAGE, LLC**, at 1970 MAIN ST, SUITE 201, SARASOTA, FL, 34236

For value received, the Assignor does hereby grant, sell, assign, transfer and convey, unto the above-named Assignee interest under that certain Mortgage Dated: 8/11/2005, in the amount of $28,494.77, executed by EILEEN STAMPS to CITIFINANCIAL, INC. and Recorded: 8/15/2005, Instrument #: 200508150041905 in WESTMORELAND County, State of Pennsylvania.

I do certify that the precise address of (grantee/assignee/mortgagee/etc) is 1970 MAIN ST, SUITE 201, SARASOTA, FL, 34236

Attested By:_____

The property is located in the City of LOWER BURRELL.
Legal Description:
ALL THAT CERTAIN PARCEL OF LAND IN CITY OF LOWER BURRELL, WESTMORELAND COUNTY, COMMONWEALTH OF PENNSYLVANIA, AS MORE FULLY DESCRIBED IN BOOK 3668 PAGE 295 ID# 17-03-14-0-143, BEING KNOWN AND DESIGNATED AS LOT 25 LESLIE PLAN, NO. 4, FILED IN PLAT BOOK 13 AT PAGE 23.
BEING THE SAME PROPERTY CONVEYED BY FEE SIMPLE DEED FROM MARK J MARIETTI AND AND MICHAEL L MARIETTI, USBAND AND WIFE TO EILEEN STAMPS, DATED 05/07/1999 RECORDED ON 05/11/1999 IN BOOK 3668, PAGE 295 IN WESTMORELAND COUNTY RECORDS, COMMONWEALTH OF PENNSYLVANIA.

Document References:
- Assignment Dated: _May 13, 2020_ from BAYVIEW LOAN SERVICING, LLC to BAYVIEW DISPOSITIONS IVA, LLC To Be Recorded Concurrently. Instrument #: 202006160017028

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

    UPI   17-02908-00000

    MAP  17-03-14-0-143

BAYVIEW DISPOSITIONS IVA, LLC

On: JUN 0 9 2020

By: _____
Name: ESLOAN SOTOLONGO
Title: ASSISTANT VICE PRESIDENT

State of FLORIDA
County of MIAMI-DADE

The foregoing instrument was acknowledged before me by means of ✓ physical presence or ___ online notarization, this JUN 0 9 2020 _____, by, ESLOAN SOTOLONGO, ASSISTANT VICE PRESIDENT, of BAYVIEW DISPOSITIONS IVA, LLC a FLORIDA corporation, on behalf of the corporation. He/She is personally known to me or has produced _____ as identification.

WITNESS my hand and official seal.

_____
Isabel Molina
Notary Expires: 5/7/2023 / # GG 331968

ISABEL MOLINA
MY COMMISSION # GG 331968
EXPIRES: May 7, 2023
Bonded Thru Notary Public Underwriters

**PA/WESTMORELAND**

## ALLONGE TO THE NOTE



Loan Number: 1734684
Document Reference #: 0011200000000033
Borrower: EILEEN STAMPS
Date of Note: 8/11/2005
Loan Amount: $28,494.77
Property Address: 2640 RUSSELL DRIVE, LOWER BURRELL, PA, 15068

For Value received, I hereby transfer, endorse and assign the within Note. Statement of Purpose: This Note Allonge is attached to and made part of the Note, for the purpose of Noteholder Endorsement to evidence a transfer of interest.

Pay to the order of:

**BAYVIEW DISPOSITIONS IVA, LLC**, Without recourse

**BAYVIEW LOAN SERVICING, LLC**

By: _____
Name: ESLOAN SOTOLONGO
Title: ASSISTANT VICE PRESIDENT

## ALLONGE TO THE NOTE



Loan Number: 1734684
Document Reference #: 0011200000000050
Borrower: EILEEN STAMPS
Date of Note: 8/11/2005
Loan Amount: $28,494.77
Property Address: 2640 RUSSELL DRIVE, LOWER BURRELL, PA, 15068

For Value received, I hereby transfer, endorse and assign the within Note. Statement of Purpose: This Note Allonge is attached to and made part of the Note, for the purpose of Noteholder Endorsement to evidence a transfer of interest.

Pay to the order of:

**LINEAR MORTGAGE, LLC, Without recourse**

**BAYVIEW DISPOSITIONS IVA, LLC**

By: _____
Name: ESLOAN SOTOLONGO
Title: ASSISTANT VICE PRESIDENT