Form 410

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Eileen Marie Stamps**
    Debtor(s)

Bankruptcy Case No.: 19−23944−CMB
Related to Doc. No. 53
Chapter: 13
Docket No.: 54 − 53
Concil. Conf.: April 15, 2021 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **February 18, 2021,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **March 11, 2021,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **April 15, 2021** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: January 4, 2021

cm: All Creditors and Parties In Interest

Carlota M. Bohm
United States Bankruptcy Judge

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                     Case No. 19-23944-CMB

Eileen Marie Stamps                                                                                        Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2                                                User: dric                                          Page 1 of 3

Date Rcvd: Jan 04, 2021                               Form ID: 410                                   Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++               Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eileen Marie Stamps, 2640 Russell Drive, New Kensington, PA 15068-3044 |
| cr | + | Bayview Loan Servicing, LLC, a Delaware Limited Li, c/o Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| cr | + | Lakeview Loan Servicing, LLC., RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15136452 | + | AAS Debt Recovery, 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 15136454 | + | CitiFinancial, Inc., Attn: CitiFinancial Customer Care, 605 Munn Road, Fort Mill, SC 29715-8421 |
| 15136455 | + | Citizens Bank, N.A., 3136 Leechburg Road, New Kensington, PA 15068-2740 |
| 15136456 | + | City of Lwer Burrell, ATTN: Brian Eshbaugh, Treasurer, 115 Schreiber Street, New Kensington, PA 15068-3229 |
| 15136458 | | Collection Service Center, Inc., 839 5th Ave., P.O. Box 560, New Kensington, PA 15068-0560 |
| 15136461 | | Credit Management, LP, 7300 Airport Drive SW, Rochester, MN 55902 |
| 15136467 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macy's Inc., 9111 Duke Boulevard, Mason, OH 45040 |
| 15152502 | + | F.S. & D.L. DeMarco DDS, PC, c/o Karen L. Hughes, Esquire, AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 15136463 | | Genesis Medical Associates, Inc., 8150 Perry Highway, Suite 300, Pittsburgh, PA 15237-5232 |
| 15136464 | + | Heyl Family Practice, 8150 Perry Highway, Suite 300, Pittsburgh, PA 15237-5232 |
| 15136465 | + | Integrated Practitioners Center, 133 Mulone Drive, Sarver, PA 16055-8409 |
| 15172254 | + | LAKEVIEW LOAN SERVICING, LLC., LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH, VA 23452-4262 |
| 15258659 | + | Linear Mortgage, LLC, P.O. Box 2420, Sarasota, FL 34230-2420 |
| 15136466 | + | Loan Care Servicing, Attn: Consumer Solutions Dept, P. O. Box 8068, Virginia Beach, VA 23450-8068 |
| 15136468 | + | McCabe, Weisberg, and Conway, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 15136469 | + | Municipal Authority for New Kensington, 920 Barnes Street, New Kensington, PA 15068-6207 |
| 15136471 | + | Peoples Natural Gas, P.O. Box 644760, Pittsburgh, PA 15264-4760 |
| 15136472 | + | Quest Diagnostics, 875 Greentree Road, 4 Parkway Center, Pittsburgh, PA 15220-3610 |
| 15148200 | + | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 15136473 | + | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 15136474 | + | Shank Waste Service, Inc., P.O. Box 856, Mars, PA 16046-0856 |
| 15136477 | + | Tristate Orthopaedics & Sports Medicine, 5900 CORPORATE DRIVE, Suite 200, PITTSBURGH, PA 15237-7005 |
| 15168543 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15168658 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15136478 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, U.S. Bank, N.A., Attn: Corporate Trust Services, EP-MN-WS3D, 60 Livingston Avenue, Saint Paul, MN 55107 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 05 2021 02:32:54 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15136453 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Jan 05 2021 03:53:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 15172062 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Jan 05 2021 03:53:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL |

Case 19-23944-CMB   Doc 55   Filed 01/06/21   Entered 01/07/21 00:50:35   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: dric | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Jan 04, 2021 | Form ID: 410 | Total Noticed: 46 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | 33146-1873 |
| 15136457 | + | Email/Text: bankruptcy@firstenergycorp.com | Jan 05 2021 03:52:00 | Collection Service Center, Inc., Attn: Bankruptcy, 839 5th Ave., New Kensington, PA 15068-6303 |
| 15136459 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 05 2021 03:53:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15136460 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jan 05 2021 03:53:00 | Credit Management Company, P.O. Box 16346, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15136462 | + | Email/Text: bankruptcy@erieinsurance.com | Jan 05 2021 03:53:00 | Erie Insurance Group, 100 Erie Insurance Place, Erie, PA 16530-0001 |
| 15171023 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 05 2021 03:52:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15136470 | + | Email/PDF: cbp@onemainfinancial.com | Jan 05 2021 02:37:18 | OneMain Financial, Attn: Bankruptcy, P. O. Box 3251, Evansville, IN 47731-3251 |
| 15136475 | | Email/PDF: gecsedi@recoverycorp.com | Jan 05 2021 02:37:17 | Synchrony Bank, PO Box 965064, Orlando, FL 32896-5064 |
| 15136969 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 05 2021 02:32:42 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15136476 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 05 2021 02:37:17 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, P. O. Box 965060, Orlando, FL 32896-5060 |
| 15136479 | + | Email/Text: BankruptcyNotice@upmc.edu | Jan 05 2021 03:53:00 | UPMC, 2 Hot Metal Street, Dist. Room 386, Pittsburgh, PA 15203-2348 |
| 15166392 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 05 2021 02:37:47 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15136480 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 05 2021 03:50:00 | Verizon Wireless, 550 Technology Drive, Suite 550, Saint Charles, MO 63304-2205 |
| 15143287 | | Email/Text: bankruptcy@firstenergycorp.com | Jan 05 2021 03:52:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15136481 | | Email/Text: bankruptcy@firstenergycorp.com | Jan 05 2021 03:52:00 | West Penn Power, 76 South Main Street, Akron, OH 44308-1890 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Bayview Loan Servicing, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 06, 2021            Signature:            /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Ann E. Swartz | on behalf of Creditor Lakeview Loan Servicing LLC. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Justin P. Schantz | on behalf of Debtor Eileen Marie Stamps jschantz@my-lawyers.us colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Sheetal Ramesh Shah-Jani | on behalf of Creditor Lakeview Loan Servicing LLC. sshahjani@rascrane.com |

TOTAL: 8