IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In RE:

| | |
|---|---|
| EILEEN MARIE STAMPS | ) Bankruptcy Case No. 19-23944-CMB |
| Debtor | ) |
| PEOPLES NATURAL GAS COMPANY, LLC | ) Related to Docket Nos. 51, 52 & 56 |
| Movant, | ) Chapter 13 |
| vs. | ) |
| EILEEN MARIE STAMPS, and RONDA J. | ) Hearing Date: 1/27/21 |
| WINNECOUR, ESQUIRE, Trustee | ) Hearing Time: 10:00 AM |
| Respondents. | ) |

## CONSENT ORDER OF COURT

AND NOW, to wit this   12th   day of   January  , 2021, come the parties, by and through their respective counsel and stipulate and consent to the entry of this Order of Court:

1. The Court finds that the Debtor has fallen behind on her post petition gas bills since filing the instant case.

2. A Motion for Allowance of Administrative claim has been filed. In this case, the Debtor has subsequently brought the account current.

3. The instant Motion shall be dismissed without prejudice, since the debtor has cured the delinquency this time.

4. The Debtor and the Debtor's counsel agree that if it becomes necessary to file another Motion for Allowance of Administrative Claim because of a post petition delinquency, then the post petition gas account must be included in the Chapter 13 Plan without further controversy or opposition. There will be no exceptions.

BY THE COURT:

Carlota M. Böhm  /dmr
Chief United States Bankruptcy Court Judge

Consented to by:

| | |
|---|---|
| /s/ Justin P. Schantz | /s/ S. James Wallace |
| Justin P. Schantz, Esquire | S. James Wallace, Esquire |
| Attorney for Debtor | Atty for Peoples Natural Gas Company, LLC |
| Pa. I.D. No. 210198 | Pa. I.D. No. 28815 |
| 324 S. Maple Ave., 2nd Floor | GRB Law |
| Greensburg, PA 15601 | Frick Building, 437 Grant Street, 14th Floor |
| 724-837-2320 | Pittsburgh, PA 15219 |
| jschantz@my-lawyers.us | 412-281-0505 |
| | jwallace@grblaw.com |

FILED
1/12/21 1:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23944-CMB |
| Eileen Marie Stamps | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 1 of 2 |
| Date Rcvd: Jan 12, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2021:**

**Recip ID**     **Recipient Name and Address**
db     + Eileen Marie Stamps, 2640 Russell Drive, New Kensington, PA 15068-3044

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ann E. Swartz | on behalf of Creditor Lakeview Loan Servicing LLC. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Justin P. Schantz | on behalf of Debtor Eileen Marie Stamps jschantz@my-lawyers.us colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 2 of 2 |
| Date Rcvd: Jan 12, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Sheetal Ramesh Shah-Jani
    on behalf of Creditor Lakeview Loan Servicing LLC. sshahjani@rascrane.com

TOTAL: 8