## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              Bankruptcy No. 19-23944-CMB
    Eileen Marie Stamps,                     Chapter 13
            Debtor,

### NOTICE OF
### CHANGE OF ADDRESS

Undeliverable Address

    Creditor Name:          CitiFinancial. Inc.
    Incorrect Address:      Attn.: CitiFinancial Customer Care
                                    605 Munn Road
                                    Ft. Mills, SC 29715-8421

Corrected Address:

    Creditor Name:          CitiFinancial Customer Care
    Correct Address:        349 Edgewood Road, NW
                                    Cedar Rapids, IA 52405

                                                        /s/Justin P. Schantz, Esquire
Dated: February 10, 2021                 Electronic Signature of Debtor(s)' Attorney
                                                        Law Care
                                                        David A. Colecchia and Associates
                                                        324 South Maple Ave.
                                                        Greensburg, PA 15601
                                                        724-837-2320
                                                        PA Bar I.D. 210198
                                                        jschantz@my-lawyers.us