Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Eileen Marie Stamps**
Debtor(s)

Bankruptcy Case No.: 19−23944−CMB
Per April 15, 2021 Proceeding
Chapter: 13
Docket No.: 65 − 54, 63
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.)  PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated February 18, 2021 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☒ A.  For the remainder of the Plan term, the periodic Plan payment is amended to be $2,017.00 as of May, 2021. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.  The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.  Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.  Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.  The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.  shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☒ G.  The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Santander Consumer (Cl. #2) as to amount, paid per plan terms, payment to be determined by Trustee .

☒ H.  Additional Terms: Fee application needed if any fee (including retainer) exceeds $4,000 including any fees paid to prior counsel.

Trustee's Certificate of Default is resolved by this Confirmation Order.

*(2.)   IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.**     **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**     **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**     **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.**     **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**     **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: April 16, 2021

Carlota M. Böhm, Judge
United States Bankruptcy Court

cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 19-23944-CMB
Eileen Marie Stamps Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric      Page 1 of 3
Date Rcvd: Apr 16, 2021      Form ID: 149      Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eileen Marie Stamps, 2640 Russell Drive, New Kensington, PA 15068-3044 |
| cr | + | Bayview Loan Servicing, LLC, a Delaware Limited Li, c/o Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| cr | + | Lakeview Loan Servicing, LLC., RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15136452 | + | AAS Debt Recovery, 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 15136453 | + | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 15136454 | + | CitiFinancial Customer Care, 349 Edgewood Road, NW, Cedar Rapids, IA 52405-3649 |
| 15136455 | + | Citizens Bank, N.A., 3136 Leechburg Road, New Kensington, PA 15068-2740 |
| 15136456 | + | City of Lwer Burrell, ATTN: Brian Eshbaugh, Treasurer, 115 Schreiber Street, New Kensington, PA 15068-3229 |
| 15136458 | | Collection Service Center, Inc., 839 5th Ave., P.O. Box 560, New Kensington, PA 15068-0560 |
| 15136461 | | Credit Management, LP, 7300 Airport Drive SW, Rochester, MN 55902 |
| 15152502 | + | F.S. & D.L. DeMarco DDS, PC, c/o Karen L. Hughes, Esquire, AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 15136463 | | Genesis Medical Associates, Inc., 8150 Perry Highway, Suite 300, Pittsburgh, PA 15237-5232 |
| 15136464 | + | Heyl Family Practice, 8150 Perry Highway, Suite 300, Pittsburgh, PA 15237-5232 |
| 15136465 | + | Integrated Practitioners Center, 133 Mulone Drive, Sarver, PA 16055-8409 |
| 15172254 | + | LAKEVIEW LOAN SERVICING, LLC., LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH, VA 23452-4262 |
| 15258659 | + | Linear Mortgage, LLC, P.O. Box 2420, Sarasota, FL 34230-2420 |
| 15136466 | + | Loan Care Servicing, Attn: Consumer Solutions Dept, P. O. Box 8068, Virginia Beach, VA 23450-8068 |
| 15136468 | + | McCabe, Weisberg, and Conway, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 15136469 | + | Municipal Authority for New Kensington, 920 Barnes Street, New Kensington, PA 15068-6207 |
| 15330953 | + | Municipal Authority of the City of New Kensington, 920 Barnes Street, PO Box 577, New Kensington PA 15068-0577 |
| 15136471 | + | Peoples Natural Gas, P.O. Box 644760, Pittsburgh, PA 15264-4760 |
| 15136472 | + | Quest Diagnostics, 875 Greentree Road, 4 Parkway Center, Pittsburgh, PA 15220-3610 |
| 15148200 | + | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 15136473 | + | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 15136474 | + | Shank Waste Service, Inc., P.O. Box 856, Mars, PA 16046-0856 |
| 15136477 | + | Tristate Orthopaedics & Sports Medicine, 5900 CORPORATE DRIVE, Suite 200, PITTSBURGH, PA 15237-7005 |
| 15168543 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15168658 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15136478 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, U.S. Bank, N.A., Attn: Corporate Trust Services, EP-MN-WS3D, 60 Livingston Avenue, Saint Paul, MN 55107 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 17 2021 02:35:43 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15172062 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 17 2021 02:06:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1873 |
| 15136457 | + | Email/Text: bankruptcy@firstenergycorp.com | Apr 17 2021 02:07:00 | Collection Service Center, Inc., Attn: Bankruptcy, 839 5th Ave., New Kensington, PA 15068-6303 |

Case 19-23944-CMB   Doc 67   Filed 04/18/21   Entered 04/19/21 00:36:49   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: dric | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 16, 2021 | Form ID: 149 | Total Noticed: 47 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15136459 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 17 2021 02:08:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15136460 | + | Email/Text: bdsupport@creditmanagementcompany.com | Apr 17 2021 02:07:00 | Credit Management Company, P.O. Box 16346, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15136467 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2021 02:27:22 | Macy's Inc., 9111 Duke Boulevard, Mason, OH 45040 |
| 15136462 | + | Email/Text: bankruptcy@erieinsurance.com | Apr 17 2021 02:08:00 | Erie Insurance Group, 100 Erie Insurance Place, Erie, PA 16530-0001 |
| 15171023 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 17 2021 02:07:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15136470 | + | Email/PDF: cbp@onemainfinancial.com | Apr 17 2021 02:35:15 | OneMain Financial, Attn: Bankruptcy, P. O. Box 3251, Evansville, IN 47731-3251 |
| 15136475 | | Email/PDF: gecsedi@recoverycorp.com | Apr 17 2021 02:27:08 | Synchrony Bank, PO Box 965064, Orlando, FL 32896-5064 |
| 15136969 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 17 2021 02:27:07 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15136476 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 17 2021 02:35:20 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, P. O. Box 965060, Orlando, FL 32896-5060 |
| 15136479 | + | Email/Text: BankruptcyNotice@upmc.edu | Apr 17 2021 02:07:00 | UPMC, 2 Hot Metal Street, Dist. Room 386, Pittsburgh, PA 15203-2348 |
| 15136478 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 17 2021 02:07:00 | U.S. Bank, N.A., Attn: Corporate Trust Services, EP-MN-WS3D, 60 Livingston Avenue, Saint Paul, MN 55107 |
| 15166392 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 17 2021 02:19:38 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15136480 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 17 2021 02:06:00 | Verizon Wireless, 550 Technology Drive, Suite 550, Saint Charles, MO 63304-2205 |
| 15143287 | + | Email/Text: bankruptcy@firstenergycorp.com | Apr 17 2021 02:07:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15136481 | | Email/Text: bankruptcy@firstenergycorp.com | Apr 17 2021 02:07:00 | West Penn Power, 76 South Main Street, Akron, OH 44308-1890 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2021          Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Justin P. Schantz | on behalf of Debtor Eileen Marie Stamps jschantz@my-lawyers.us colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;skerr@my-lawyers.us |
| Lauren Moyer | on behalf of Creditor Lakeview Loan Servicing LLC. ecfmail@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Sheetal Ramesh Shah-Jani | on behalf of Creditor Lakeview Loan Servicing LLC. sshahjani@rascrane.com |

TOTAL: 8