IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Eileen Marie Stamps,<br>             Debtor, | Case No. 19-23944-CMB<br><br>Document No. 70<br>Related to DD No. 68, 69 |
| Eileen Marie Stamps<br>             Movant, | |
| v. | |
| Ronda J. Winnecour, Chapter 13 Trustee, West Penn Power, Santander Consumer USA, OneMain Financial, F.S. & D.L. DeMarco DDS PC, Tristate Orthopaedics & Sports Medicine, Verizon, UPMC Health Services, UPMC Physician Services, Jefferson Capital Systems LLC, Linear Mortgage LLC, Lakeview Loan Servicing LLC, Municipal Authority of the City of North Kensington, | |
| Respondents, | |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served the Debtor's Motion for Prospective Post-Petition Financing, all exhibits thereto, a Proposed Order, and this Court's Scheduling Order via the following methods to the following people, included with a note as to whether a copy of the Motion also was sent via overnight mail, or if that party waived service via overnight mail.

### SERVICE BY FACSIMILE TRANSMITTAL

*Tristate Orthopaedics & Sports Medicine* – 412-369-7667
**OVERNIGHT SERVICE WAIVED**

*Municipal Authority of New Kensington* – 724-337-8307
**OVERNIGHT SERVICE WAIVED**

*Santander Consumer USA* – 972-999-8206
**Overnight mailed** to PO Box 961245, Fort Worth, TX 76161-1245 (address for notice on Proof of Claim)

**SERVICE BY SEPARATE EMAIL**

*F.S. and D.L. DeMarco DDS PC, c/o AAS Debt Recovery* – karenh@aasdebtrecoveryinc.com
**OVERNIGHT SERVICE WAIVED**

*Lakeview Loan Servicing, LLC* - ecfmail@ecf.courtdrive.com (emails sent to Sheetal Ramesh Shah-Jani at sshahjani@rascrane.com were returned as undeliverable.)
**Overnight Mailed to** 3637 Sentara Way, Virginia Beach, VA 23452-4262

*West Penn Power* – bankruptcy@firstenergycorp.com
**Overnight Mailed to** 76 South Main Street, Akron, OH 44308-1890 (Proof of claim address mailings previously returned as undeliverable; alternate address on matrix used)

*Office of the US Trustee* - Norma.L.Hildenbrand@usdoj.gov
**OVERNIGHT SERVICE WAIVED**

*Office of the Chapter 13 Trustee* - jwarmbrodt@chapter13trusteewdpa.com
**OVERNIGHT SERVICE WAIVED**

*Peoples Natural Gas* - JHunt@grblaw.com
**OVERNIGHT SERVICE WAIVED**

*Jefferson Capital Systems, LLC* - bankruptcy@JCAP.com
**Overnight mailed** to PO Box 7999, Saint Cloud, MN 56302-7999 (address listed on Proof of Claim)

*UPMC Health Services, UPMC Physicians Services* - bankruptcy@JCAP.com
**Overnight mailed** to PO Box 1123, Minneapolis, MN 55440-1123 (address listed on Proof of Claim)

*OneMain Financial* - cbp@omf.com
**OVERNIGHT SERVICE WAIVED**

*Verizon, by American Infosource as Agent*- POC_AIS@americaninfosource.com
**Overnight mailed** to 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118

*Linear Mortgage LLC* – jason@linearmtg.com
**OVERNIGHT SERVICE WAIVED**

I further certify that for all service via facsimile transmittal, I received a confirmation the fax was sent, and for all sent via electronic mail, I received no notice that the email was returned as undeliverable unless otherwise specified.

EXECUTED ON: <u>July 21, 2021</u>

                                                By:    <u>/s/ Justin P. Schantz</u>
                                                             Signature
                                                             <u>Justin P. Schantz</u>
                                                             Typed Name
                                                             <u>324 South maple Avenue, Greensburg, PA 15601</u>
                                                             <u>jschantz@my-lawyers.us</u>
                                                             Address
                                                             <u>724-837-2320</u>
                                                             Phone No.
                                                             <u>PA ID 210198</u>
                                                             List Bar I.D. and State of Admission