IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   Eileen Marie Stamps,<br>            Debtor, | Case No. 19-23944-CMB<br><br>Document No. 71<br>Related to DD No. 68, 69, 70 |
| Eileen Marie Stamps<br>            Movant,<br><br>          v.<br><br>Ronda J. Winnecour, Chapter 13 Trustee, West Penn Power, Santander Consumer USA, OneMain Financial, F.S. & D.L. DeMarco DDS PC, Tristate Orthopedics & Sports Medicine, Verizon, UPMC Health Services, UPMC Physician Services, Jefferson Capital Systems LLC, Linear Mortgage LLC, Lakeview Loan Servicing LLC, Municipal Authority of the City of North Kensington,<br><br>            Respondents, | |

**CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' EXPEDITED MOTION TO APPROVE FINANCING**

The undersigned hereby certifies that, as of July 27, 2021 no answer, objection, or other responsive pleading to Debtor's Expedited Motion to secure financing filed at Docket Document 68 and served on July 21, 2021 at Docket Document 70 has been received.  The undersigned further certifies that the Court's docket in this case was reviewed July 27, 2021  at approximately 9:05 AM and no answer, to it appears thereon.  Pursuant to the Order Setting Hearing filed on July 20, 2021 at Docket Document No.69 objections to the Debtor's Expedite Motion to secure financing were to be filed and served no later than 12:00 Noon on July 26, 2021. It is hereby respectfully requested that the Proposed Order of Court filed at Docket Document 68 is  granted.

Dated: July 27, 2021

                                        By:    /s/ Justin P. Schantz
                                                  David A. Colecchia, Esquire
                                                  Law Care
                                                  324 S. Maple Ave.
                                                  Greensburg, PA 15601-3219
                                                  (724) 837-2320
                                                  PA ID No. 210198
                                                  jschantz@my-lawyers.us