IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   Eileen Marie Stamps,<br>            Debtor,<br><br>Eileen Marie Stamps<br>            Movant,<br><br>       v.<br><br>Ronda J. Winnecour, Chapter 13 Trustee, West Penn Power, Santander Consumer USA, OneMain Financial, F.S. & D.L. DeMarco DDS PC, Tristate Orthopaedics & Sports Medicine, Verizon, UPMC Health Services, UPMC Physician Services, Jefferson Capital Systems LLC, Linear Mortgage LLC, Lakeview Loan Servicing LLC, Municipal Authority of the City of North Kensington,<br><br>            Respondents, | Case No. 19-23944-CMB<br><br>Document No.<br>Related to DD No. 68 |

**ENTERED BY DEFAULT**

**ORDER OF COURT**

AND NOW, this \_\_\_\_27th\_\_\_\_ day of \_\_\_July\_\_\_, 2021, upon consideration of the Debtor's Motion for post-petition financing, it is hereby ORDERED the Debtor's Motion is GRANTED.

The debtor is hereby AUTHORIZED to obtain financing of up to $5,500, at 29.9% interest, for purposes of dental treatment.

BY THE COURT:

FILED
7/27/21 8:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm, Chief Judge

1

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23944-CMB |
| Eileen Marie Stamps | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dsaw      Page 1 of 2
Date Rcvd: Jul 27, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2021:**

**Recip ID        Recipient Name and Address**
db            + Eileen Marie Stamps, 2640 Russell Drive, New Kensington, PA 15068-3044

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2021 at the address(es) listed below:**

**Name        Email Address**

Brian Nicholas
    on behalf of Creditor Bayview Loan Servicing  LLC bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com

Justin P. Schantz
    on behalf of Debtor Eileen Marie Stamps jschantz@my-lawyers.us
    colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;skerr@my-lawyers.us

Lauren Moyer
    on behalf of Creditor Lakeview Loan Servicing  LLC. ecfmail@ecf.courtdrive.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

District/off: 0315-2 | User: dsaw | Page 2 of 2
Date Rcvd: Jul 27, 2021 | Form ID: pdf900 | Total Noticed: 1

S. James Wallace
        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Sheetal Ramesh Shah-Jani
        on behalf of Creditor Lakeview Loan Servicing LLC. sshahjani@rascrane.com

TOTAL: 8