# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 19-23944-CMB |
| Eileen Marie Stamps, | Chapter 13 |
| Debtor, | |

## NOTICE OF
## CHANGE OF ADDRESS

| | |
|---|---|
| Undeliverable Address | CitiFinancial Customer Care<br>349 Edgewood Road, NW<br>Cedar Rapids, IA 52405 |
| Creditor Name: | CitiFinancial Customer Care<br>c/o CitiFinancial, Inc. |
| Corrected Address: | P.O. Box 6771<br>Sioux Falls, SD 57117 |

| | |
|---|---|
| | /s/Justin P. Schantz, Esquire |
| Dated: September 28, 2021 | Electronic Signature of Debtor(s)' Attorney |
| | Law Care |
| | David A. Colecchia and Associates |
| | 324 South Maple Ave. |
| | Greensburg, PA 15601 |
| | 724-837-2320 |
| | PA Bar I.D. 210198 |
| | jschantz@my-lawyers.us |