IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN Re:
Eileen Marie Stamps,
    Debtor,

Eileen Marie Stamps,
    Movant,
vs.

Lakeview Loan Servicing,
    Respondent,

Case No. 19-23944-CMB

Chapter 13
Related to Document No. 75
Docket Document No. 76
Claim 11

## CERTIFICATE OF SERVICE

I represent that I served the Debtor's Motion to Extend Time to Respond to Lakeview Loan Servicing's September 22, 2021 Notice of Mortgage Payment Change to the following people by electronic service:

**19-23944-CMB Notice will be electronically mailed to:**

Lauren Moyer on behalf of Creditor Lakeview Loan Servicing, LLC.,
ecfmail@ecf.courtdrive.com

Brian Nicholas on behalf of Creditor Bayview Loan Servicing, LLC,
bnicholas@kmllawgroup.com

Brian Nicholas on behalf of Creditor Bayview Loan Servicing, LLC, a Delaware Limited Liability Company, bnicholas@kmllawgroup.com

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

Justin P. Schantz on behalf of Debtor Eileen Marie Stamps
jschantz@my-lawyers.us, colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;skerr@my-lawyers.us

Sheetal Ramesh Shah-Jani on behalf of Creditor Lakeview Loan Servicing, LLC.
sshahjani@rascrane.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com

Charles Griffin Wohlrab on behalf of Creditor Lakeview Loan Servicing, LLC.
cwohlrab@raslg.com

EXECUTED ON: October 12, 2021

                                        By:    /s/ Justin P. Schantz
                                                      Signature
                                                      Justin P. Schantz
                                                      Typed Name
                                                      324 South maple Avenue, Greensburg, PA 15601
                                                      jschantz@my-lawyers.us
                                                      Address
                                                      724-837-2320
                                                      Phone No.
                                                      PA ID 210198