# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                        Bankruptcy No. 19-23944-CMB
    Eileen Marie Stamps,                  Chapter 13
         Debtor,

## NOTICE OF
## CHANGE OF ADDRESS

Undeliverable Address        Peoples Natural Gas
                                      P.O. Box 664670
                                      Pittsburgh, PA 15264-4670

Creditor Name:                Peoples Natural Gas
                                      P.O. Box 644760
Corrected Address:          Pittsburgh, PA 15264-4760

                                        /s/Justin P. Schantz, Esquire
Dated: October 17, 2021       Electronic Signature of Debtor(s)' Attorney
                                      Law Care
                                      David A. Colecchia and Associates
                                      324 South Maple Ave.
                                      Greensburg, PA 15601
                                      724-837-2320
                                      PA Bar I.D. 210198
                                      jschantz@my-lawyers.us