Form 151

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Eileen Marie Stamps**
    Debtor(s)

Bankruptcy Case No.: 19−23944−CMB

Chapter: 13
Docket No.: 81 − 80
Concil. Conf.: December 16, 2021 at 09:00 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the 12th day of November, 2021, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by United States Postal Service First Class Mail including return address on the respondents:

AAS Debt Recovery
2526 Monroeville Blvd.
Suite 205
Monroeville, PA 15146

CitiFinancial Customer Care
c/o CitiFinancial, Inc.
P.O. Box 6771
Sioux Falls, SD 57117

Citizens Bank, N.A.
3136 Leechburg Road
New Kensington, PA 15068

City of Lower Burrell
Attn: Brian Eshbaugh, Treasurer
115 Schreiber Street
New Kensington, PA 15068

Collection Service, Center, Inc.
839 5th Avenue
P.O. Box 560
New Kensington, PA 15068

Credit Collection Services
725 Canton Street
Norwood, MA 02062

Credit Management Company
P.O. Box 16346
2121 Noblestown Road
Pittsburgh, PA 15205

Credit Management, LP
7300 Airport Drive SW
Rochester, MN 55902

Erie Insurance Group
100 Erie Insurance Place
Erie, PA 16530

Genesis Medical Associates, Inc.
Heyl Family Practice
8150 Perry Highway
Suite 300
Pittsburgh, PA 15237

Integrated Practitioners Center
133 Mulone Drive
Sarver, PA 16055

Jefferson Capital Systems, LLC
P.O Box 7999
Saint Cloud, MN 56302

Lakeview Loan Servicing, LLC
Loancare, LLC
3637 Sentara Way
Virginia Beach, VA 23452
Lakeview Loan Servicing, LLC.

RAS Citron, LLC
130 Clinton Road, Suite 202
Fairfield, NJ 07004

Linear Mortgage, LLC
P.O. Box 2420
Sarasota, FL 34230

Loan Care Servicing
Attn: Consumer Solutions Dept.
P.O. Box 8068
Virginia Beach, VA 23450

Macy's Inc.
9111 Duke Boulevard
Mason, OH 45040

McCabe, Weisberg, and Conway
Lauren Moyer
Suite 1400
123 South Broad Street
Philadelphia, PA 19109

Municipal Authority
City of New Kensington
920 Barnes Street
P.O. Box 577
New Kensington, PA 15068

Brian Nicholas
KLM Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

OneMain Financial
Attn: Bankruptcy
P.O. Box 3251
Evansville, IN 47731

PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541

PA Dept of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128

Peoples Natural Gas
P.O. Box 644760
Pittsburgh, PA 15264

Peoples Natural Gas Company LLC
c/o James Wallace, P.C.
845 N. Lincoln Ave.
Pittsburgh, PA 15233

Quest Diagnostics
875 Greentree Road
4 Parkway Center
Pittsburgh, PA 15220

Santander Consumer USA
P.O Box 560284
Dallas, TX 75356

Sheetal Ramesh Shah-Jani
RAS Crane, LLC
10700 Abbott's Bridge Road
Suite 170
Duluth, GA 300097

Shank Waste Service, Inc.
P.O. Box 856
Mars, PA 16046

Synchrony Bank/Gap
P.O. Box 965064
Orlando, FL 32896

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541

Tristate Orthopaedics & Sports Medicine
5900 Corporate Drive
Suite 200
Pittsburgh, PA 15237

US Bank
P.O. Box 5229
Cincinnati, Ohio 45201

UPMC
2 Hot Metal Street
Dist. Room 386
Pittsburgh, PA 15203

UPMC Heath Services
P.O. Box 1123
Mineapolis, MN 55440

Verizon
America InfoSource as Agent
P.O. Box 4457
Houson, TX 77210

Verizon Wireless
550 Technology Drive
Suite 550
Saint Charles, MO 63304

West Penn Power
5001 NASA Blvd
Fairmont, WV 26554

West Penn Power
76 South Main Street
Akron, OH 44308

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Charles Griffin Wohlrab
Robertoson, Anshutz, Schneid, Crane & Pa
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 300097

**Executed on: November 12, 2021**                                          **/s/ Justin P. Schantz, Esq.**

Justin P. Schantz, Esq., 324 South Maple Avenue, Greensburg, PA 15061