# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 19-23944-CMB |
| Eileen Marie Stamps, | Chapter 13 |
| Debtor, | |

## NOTICE OF
## CHANGE OF ADDRESS

| | |
|---|---|
| Undeliverable Address | Credit Management, LP<br>7300 Airport Drive, SW<br>Rochester, MN 55902 |
| Creditor Name:<br>Corrected Address: | Credit Management, LP<br>6080 Tennyson Parkway, Suite 100<br>Plano, TX 75024 |

Dated: November 24, 2021

/s/Justin P. Schantz, Esquire
Electronic Signature of Debtor(s)' Attorney
Law Care
David A. Colecchia and Associates
324 South Maple Ave.
Greensburg, PA 15601
724-837-2320
PA Bar I.D. 210198
jschantz@my-lawyers.us