**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** ) <br> ) <br> **Eileen Marie Stamps** ) <br> ) <br> ) <br> Debtor(s). ) <br> _____X | **Case No. 19-23944-CMB** <br><br> **Chapter 13** <br><br> Related to Doc. Nos. 80 & 89 , 94 |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❑    a motion to dismiss case or certificate of default requesting dismissal

☒    a plan modification sought by:   The Trustee

❑    a motion to lift stay
       as to creditor   _____

❑    Other:   _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❑ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated October 22, 2021

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❑    Debtor(s) Plan payments shall be changed from $ _____ to
       $ _____ per _____, effective _____; and/or the Plan
       term shall be changed from ___ months to ____ months.                                            .

-1-

❑     In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑     Debtor(s) shall file and serve _____ on or before _____.

❑     If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑     If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒     Other: <u>The claim of Santander Consumer USA (Claim #2) shall govern as to amount paid at modified plan interest with payments determined by the Trustee.</u>

       **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

       **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this  4th  day of _____February_____, 2022

Dated: February 4, 2022

_Carlota M. Böhm_ dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

Stipulated by:

/s/ Justin P. Schantz
Justin P. Schantz, Esquire
PA I.D. #210198
Attorney for debtors
Law Care
324 S. Maple Avenue, 2nd Floor
Greensburg, PA  15601
724-837-2320
jschantz@my-lawyers.us

Stipulated by:

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. #42575)
Attorney for Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
kdesimone@chapter13trusteewdpa.com

cc:   All Parties in Interest to be served by Clerk

FILED
2/4/22 3:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Eileen Marie Stamps  
    Debtor

Case No. 19-23944-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Feb 04, 2022      Form ID: pdf900      Total Noticed: 48

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eileen Marie Stamps, 2640 Russell Drive, New Kensington, PA 15068-3044 |
| cr | + | Bayview Loan Servicing, LLC, a Delaware Limited Li, c/o Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| cr | + | Lakeview Loan Servicing, LLC., RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 15136452 | + | AAS Debt Recovery, 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 15136454 | + | CitiFinancial Customer Care, c/o CitiFinancial, Inc., P.O. Box 6771, Sioux Falls, SD 57117-6771 |
| 15136455 | + | Citizens Bank, N.A., 3136 Leechburg Road, New Kensington, PA 15068-2740 |
| 15136456 | + | City of Lwer Burrell, ATTN: Brian Eshbaugh, Treasurer, 115 Schreiber Street, New Kensington, PA 15068-3229 |
| 15136458 | | Collection Service Center, Inc., 839 5th Ave., P.O. Box 560, New Kensington, PA 15068-0560 |
| 15152502 | + | F.S. & D.L. DeMarco DDS, PC, c/o Karen L. Hughes, Esquire, AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 15136463 | | Genesis Medical Associates, Inc., 8150 Perry Highway, Suite 300, Pittsburgh, PA 15237-5232 |
| 15136464 | + | Heyl Family Practice, 8150 Perry Highway, Suite 300, Pittsburgh, PA 15237-5232 |
| 15136465 | + | Integrated Practitioners Center, 133 Mulone Drive, Sarver, PA 16055-8409 |
| 15172254 | + | LAKEVIEW LOAN SERVICING, LLC., LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH, VA 23452-4262 |
| 15443900 | + | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 15258659 | + | Linear Mortgage, LLC, P.O. Box 2420, Sarasota, FL 34230-2420 |
| 15136466 | + | Loan Care Servicing, Attn: Consumer Solutions Dept, P. O. Box 8068, Virginia Beach, VA 23450-8068 |
| 15136468 | + | McCabe, Weisberg, and Conway, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 15136469 | + | Municipal Authority for New Kensington, 920 Barnes Street, New Kensington, PA 15068-6207 |
| 15330953 | + | Municipal Authority of the City of New Kensington, 920 Barnes Street, PO Box 577, New Kensington PA 15068-0577 |
| 15136471 | | Peoples Natural Gas, P.O. Box 644760, Pittsburgh, PA 15264-4760 |
| 15136472 | + | Quest Diagnostics, 875 Greentree Road, 4 Parkway Center, Pittsburgh, PA 15220-3610 |
| 15136474 | + | Shank Waste Service, Inc., P.O. Box 856, Mars, PA 16046-0856 |
| 15136477 | + | Tristate Orthopaedics & Sports Medicine, 5900 CORPORATE DRIVE, Suite 200, PITTSBURGH, PA 15237-7005 |
| 15168543 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15168658 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Feb 04 2022 23:14:07 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 04 2022 23:10:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15136453 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 04 2022 23:10:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 15172062 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 04 2022 23:10:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1873 |
| 15136457 | + | Email/Text: bankruptcy@firstenergycorp.com | Feb 04 2022 23:10:00 | Collection Service Center, Inc., Attn: Bankruptcy, 839 5th Ave., New Kensington, PA 15068-6303 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15136459 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 04 2022 23:10:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15136460 | + | Email/Text: bdsupport@creditmanagementcompany.com | Feb 04 2022 23:10:00 | Credit Management Company, P.O. Box 16346, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15136461 | + | Email/Text: EBN@thecmigroup.com | Feb 04 2022 23:10:00 | Credit Management, LP, 6080 Tennyson Parkway, Suite 100, Plano, TX 75024-6002 |
| 15136467 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 04 2022 23:25:28 | Macy's Inc., 9111 Duke Boulevard, Mason, OH 45040 |
| 15136462 | + | Email/Text: bankruptcy@erieinsurance.com | Feb 04 2022 23:10:00 | Erie Insurance Group, 100 Erie Insurance Place, Erie, PA 16530-0001 |
| 15171023 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 04 2022 23:10:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15136470 | + | Email/PDF: cbp@onemainfinancial.com | Feb 04 2022 23:14:01 | OneMain Financial, Attn: Bankruptcy, P. O. Box 3251, Evansville, IN 47731-3251 |
| 15148200 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 04 2022 23:10:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 15136473 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 04 2022 23:10:00 | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 15136475 | | Email/PDF: gecsedi@recoverycorp.com | Feb 04 2022 23:14:01 | Synchrony Bank, PO Box 965064, Orlando, FL 32896-5064 |
| 15136969 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 04 2022 23:14:06 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15136476 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 04 2022 23:14:04 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, P. O. Box 965060, Orlando, FL 32896-5060 |
| 15136479 | + | Email/Text: BankruptcyNotice@upmc.edu | Feb 04 2022 23:10:00 | UPMC, 2 Hot Metal Street, Dist. Room 386, Pittsburgh, PA 15203-2348 |
| 15136478 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 04 2022 23:10:00 | U.S. Bank, N.A., Attn: Corporate Trust Services, EP-MN-WS3D, 60 Livingston Avenue, Saint Paul, MN 55107 |
| 15166392 | | Email/PDF: ebn_ais@aisinfo.com | Feb 04 2022 23:14:04 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15136480 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 04 2022 23:10:00 | Verizon Wireless, 550 Technology Drive, Suite 550, Saint Charles, MO 63304-2205 |
| 15143287 | + | Email/Text: bankruptcy@firstenergycorp.com | Feb 04 2022 23:10:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15136481 | | Email/Text: bankruptcy@firstenergycorp.com | Feb 04 2022 23:10:00 | West Penn Power, 76 South Main Street, Akron, OH 44308-1890 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 06, 2022     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor Lakeview Loan Servicing LLC. cwohlrab@raslg.com |
| Justin P. Schantz | on behalf of Debtor Eileen Marie Stamps jschantz@my-lawyers.us colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;skerr@my-lawyers.us |
| Marisa Myers Cohen | on behalf of Creditor Lakeview Loan Servicing LLC. ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Sheetal Ramesh Shah-Jani | on behalf of Creditor Lakeview Loan Servicing LLC. sshahjani@rascrane.com |

TOTAL: 9