IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Eileen Marie Stamps,<br>              Debtor,<br><br>Eileen Marie Stamps<br>              Movant,<br><br>         v.<br>Ronda J. Winnecour, Chapter 13 Trustee,<br>Peoples Natural Gas Company LLC,<br><br>              Respondents, | Case No. 19-23944-CMB<br><br>Document No.<br>Related to DD No. 105, 106 |

**ORDER OF COURT**

AND NOW, this 24th day of June , 2022, upon consideration of the debtor's Motion to Withdraw the proposed Amended Chapter 13 Plan dated 5/18/2022, it is hereby ORDERED that Debtor's Motion is GRANTED.

It is further ORDERED the proposed Amended Chapter 13 Plan dated 5/18/2022, filed at Docket Document No. 105, is hereby WITHDRAWN.

It is further ORDERED the conciliation conference in this matter set for 6/30/2022 is CANCELLED as MOOT.

The debtor shall file a stipulation amending the Chapter 13 Plan of 10/22/2021 FORTHWITH.

FILED
6/24/22 3:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm*
Carlota M. Böhm, Chief Judge **dmr**

1

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-23944-CMB

Eileen Marie Stamps  Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 3
Date Rcvd: Jun 24, 2022  Form ID: pdf900  Total Noticed: 48

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eileen Marie Stamps, 2640 Russell Drive, New Kensington, PA 15068-3044 |
| cr | + | Lakeview Loan Servicing, LLC., RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 15136452 | + | AAS Debt Recovery, 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 15136454 | + | CitiFinancial Customer Care, c/o CitiFinancial, Inc., P.O. Box 6771, Sioux Falls, SD 57117-6771 |
| 15136455 | + | Citizens Bank, N.A., 3136 Leechburg Road, New Kensington, PA 15068-2740 |
| 15136456 | + | City of Lwer Burrell, ATTN: Brian Eshbaugh, Treasurer, 115 Schreiber Street, New Kensington, PA 15068-3229 |
| 15136458 | | Collection Service Center, Inc., 839 5th Ave., P.O. Box 560, New Kensington, PA 15068-0560 |
| 15152502 | + | F.S. & D.L. DeMarco DDS, PC, c/o Karen L. Hughes, Esquire, AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 15136463 | | Genesis Medical Associates, Inc., 8150 Perry Highway, Suite 300, Pittsburgh, PA 15237-5232 |
| 15136464 | + | Heyl Family Practice, 8150 Perry Highway, Suite 300, Pittsburgh, PA 15237-5232 |
| 15136465 | #+ | Integrated Practitioners Center, 133 Mulone Drive, Sarver, PA 16055-8409 |
| 15258659 | + | Linear Mortgage, LLC, P.O. Box 2420, Sarasota, FL 34230-2420 |
| 15136468 | + | McCabe, Weisberg, and Conway, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 15136469 | + | Municipal Authority for New Kensington, 920 Barnes Street, New Kensington, PA 15068-6207 |
| 15330953 | + | Municipal Authority of the City of New Kensington, 920 Barnes Street, PO Box 577, New Kensington PA 15068-0577 |
| 15136471 | | Peoples Natural Gas, P.O. Box 644760, Pittsburgh, PA 15264-4760 |
| 15136472 | + | Quest Diagnostics, 875 Greentree Road, 4 Parkway Center, Pittsburgh, PA 15220-3610 |
| 15136474 | + | Shank Waste Service, Inc., P.O. Box 856, Mars, PA 16046-0856 |
| 15136477 | + | Tristate Orthopaedics & Sports Medicine, 5900 CORPORATE DRIVE, Suite 200, PITTSBURGH, PA 15237-7005 |
| 15168543 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15168658 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Jun 24 2022 23:14:00 | Bayview Loan Servicing, LLC, a Delaware Limited Li, c/o Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jun 24 2022 23:23:21 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 24 2022 23:14:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15136453 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jun 24 2022 23:14:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 15172062 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jun 24 2022 23:14:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1839 |

Case 19-23944-CMB   Doc 108   Filed 06/26/22   Entered 06/27/22 00:21:18   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 24, 2022 | Form ID: pdf900 | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| 15136457 | + | Email/Text: bankruptcy@firstenergycorp.com | Jun 24 2022 23:15:00 | Collection Service Center, Inc., Attn: Bankruptcy, 839 5th Ave., New Kensington, PA 15068-6303 |
| 15136459 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 24 2022 23:15:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15136460 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jun 24 2022 23:15:00 | Credit Management Company, P.O. Box 16346, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15136461 | + | Email/Text: EBN@thecmigroup.com | Jun 24 2022 23:14:00 | Credit Management, LP, 6080 Tennyson Parkway, Suite 100, Plano, TX 75024-6002 |
| 15136467 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 24 2022 23:23:21 | Macy's Inc., 9111 Duke Boulevard, Mason, OH 45040 |
| 15136462 | + | Email/Text: bankruptcy@erieinsurance.com | Jun 24 2022 23:15:00 | Erie Insurance Group, 100 Erie Insurance Place, Erie, PA 16530-0001 |
| 15171023 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 24 2022 23:15:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15172254 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 24 2022 23:14:00 | LAKEVIEW LOAN SERVICING, LLC., LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH, VA 23452-4262 |
| 15443900 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 24 2022 23:14:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 15136466 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 24 2022 23:14:00 | Loan Care Servicing, Attn: Consumer Solutions Dept, P. O. Box 8068, Virginia Beach, VA 23450-8068 |
| 15136470 | + | Email/PDF: cbp@onemainfinancial.com | Jun 24 2022 23:23:19 | OneMain Financial, Attn: Bankruptcy, P. O. Box 3251, Evansville, IN 47731-3251 |
| 15148200 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 24 2022 23:15:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 15136473 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 24 2022 23:15:00 | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 15136475 | | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2022 23:23:16 | Synchrony Bank, PO Box 965064, Orlando, FL 32896-5064 |
| 15136969 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2022 23:23:20 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15136476 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2022 23:23:20 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, P. O. Box 965060, Orlando, FL 32896-5060 |
| 15136479 | + | Email/Text: BankruptcyNotice@upmc.edu | Jun 24 2022 23:15:00 | UPMC, 2 Hot Metal Street, Dist. Room 386, Pittsburgh, PA 15203-2348 |
| 15168543 | ^ | MEBN | Jun 24 2022 23:15:01 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15168658 | ^ | MEBN | Jun 24 2022 23:14:49 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15136478 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 24 2022 23:15:00 | U.S. Bank, N.A., Attn: Corporate Trust Services, EP-MN-WS3D, 60 Livingston Avenue, Saint Paul, MN 55107 |
| 15166392 | | Email/PDF: ebn_ais@aisinfo.com | Jun 24 2022 23:23:14 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15136480 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 24 2022 23:14:00 | Verizon Wireless, 550 Technology Drive, Suite 550, Saint Charles, MO 63304-2205 |
| 15143287 | + | Email/Text: bankruptcy@firstenergycorp.com | Jun 24 2022 23:15:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

Case 19-23944-CMB   Doc 108   Filed 06/26/22   Entered 06/27/22 00:21:18   Desc
Imaged Certificate of Notice   Page 4 of 4

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 24, 2022 | Form ID: pdf900 | Total Noticed: 48 |

| 15136481 | Email/Text: bankruptcy@firstenergycorp.com | | |
|---|---|---|---|
| | | Jun 24 2022 23:15:00 | West Penn Power, 76 South Main Street, Akron, OH 44308-1890 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2022          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor Lakeview Loan Servicing  LLC. cwohlrab@raslg.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Justin P. Schantz | on behalf of Debtor Eileen Marie Stamps jschantz@my-lawyers.us colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us |
| Marisa Myers Cohen | on behalf of Creditor Lakeview Loan Servicing  LLC. ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Sheetal Ramesh Shah-Jani | on behalf of Creditor Lakeview Loan Servicing  LLC. sshahjani@rascrane.com |

TOTAL: 10