**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

12/19/2023

IN RE:

EILEEN MARIE STAMPS
2640 RUSSELL DRIVE
NEW KENSINGTON, PA  15068
XXX-XX-7629           Debtor(s)

Case No.19-23944 CMB

Chapter 13

## AMENDED NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

12/19/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SAMS CLUB/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 8290 |
| **ROBERTSON ANSCHULTZ SCHNEID ET AL**<br>130 CLINTON RD STE 202<br>FAIRFIELD, NJ 07004 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LAKEVIEW LN/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ALDRIDGE PITE LLC**<br>8880 RIO SAN DIEGO DR STE 725<br>SAN DIEGO, CA 92108 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **LINEAR MORTGAGE LLC**<br>PO BOX 2420<br>SARASOTA, FL 34230 | Trustee Claim Number:4   INT %: 6.75%<br>Court Claim Number:10<br>CLAIM: 5,770.51<br>COMMENT: $CL-PL@6.75%/PL*FR BAYVIEW-DOC 44 | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 7629 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O RIGHTPATH SERVICING<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 0.00<br>COMMENT: PMT/NTC-STIP*DK4PMT-LMT*BGN 11/19*FR LAKEVW/LOANCARE-DOC 91*FR LAKE | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5116 |
| **SANTANDER CONSUMER USA**<br>PO BOX 560284<br>DALLAS, TX 75356 | Trustee Claim Number:6   INT %: 6.25%<br>Court Claim Number:2<br>CLAIM: 19,847.30<br>COMMENT: $CL2GOV@TERMS/PL*PMT/TT*14725@6.25%/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 5361 |
| **MCCABE WEISBERG & CONWAY LLC**<br>1420 WALNUT ST STE 1501<br>PHILADELPHIA, PA 19102 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **AAS DEBT RECOVERY INC/AMERICAN ADJUSTM**<br>POB 129*<br>MONROEVILLE, PA 15146 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~INFO ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CITIFINANCIAL - CUSTOMER CARE++**<br>349 EDGEWOOD RD NW<br>CEDAR RAPIDS, IA 52405 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~INFO ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CITIZENS BANK**<br>1 CITIZENS DRIVE<br>RIVERSIDE, RI 02915 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account No. |
|---|---|---|---|
| **CITY OF LOWER BURRELL**<br>115 SCHREIBER ST<br><br>LOWER BURRELL, PA 15068 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA 15068 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: LOWER BURRELL VFC/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: HN9L |
| **CREDIT COLLECTION SERVICES**<br>725 CANTON ST<br><br>NORWOOD, MA 02062 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: QUEST DGNSTC/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CREDIT MANAGEMENT COMPANY**<br>FOSTER PLAZA BUILDING 7<br>661 ANDERSEN DR STE 110<br>PITTSBURGH, PA 15220 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CREDIT MANAGEMENT LP++**<br>PO BOX 118288<br><br>CARROLLTON, TX 75011 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~MERIT DENTAL/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ERIE INSURANCE GROUP**<br>100 ERIE INSURANCE PLACE<br><br>ERIE, PA 16530 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **GENESIS MEDICAL ASSOCIATES**<br>8150 PERRY HWY STE 300<br><br>PITTSBURGH, PA 15237 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **HEYL FAMILY PRACTICE**<br>8150 PERRY HWY STE 300<br><br>PITTSBURGH, PA 15237 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **INTEGRATED PRACTITIONERS CENTER**<br>133 MULONE DR<br><br>SARVER, PA 16055 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MUNICIPAL AUTHORITY OF THE CITY OF NEW K**<br>ATTN: CURRENT YR COLLECTOR<br>920 BARNES ST<br>POB 577<br>NEW KENSINGTON, PA 15068 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 12<br><br>CLAIM: 432.26<br>COMMENT: SERVICE DATE THRU 10/19 PER EMAIL | | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: |

# CLAIM RECORDS

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **ONE MAIN FINANCIAL GROUP LLC(*)**<br>PO BOX 3251<br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:3<br>CLAIM:  11,827.12<br>COMMENT:  DOC SIGNED @ SEAL | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1824 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **SHANK WASTE SERVICE**<br>PO BOX 856<br>MARS, PA  16046 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:9<br>CLAIM:  2,331.96<br>COMMENT:  REF 3519309681*GAP/SCH*PAYPAL EXTRAS*SYNCHRONY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8689 |
| **TRISTATE ORTHOPAEDICS & SPORTS MEDICINE**<br>5900 CORPORATE DR STE 200<br>PITTSBURGH, PA  15237 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:5-2<br>CLAIM:  137.32<br>COMMENT:  AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7310 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:7<br>CLAIM:  5,917.32<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7629 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGENT**<br>PO BOX 4457<br>HOUSTON, TX  77210-4457 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:6<br>CLAIM:  516.35<br>COMMENT:  ACCT OPEN: 12/11/97*NO PMT/CHG OFF DATE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0001 |
| **WEST PENN POWER***<br>ATTN BANKRUPTCY<br>5001 NASA BLVD<br>FAIRMONT, WV  26554 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:1<br>CLAIM:  1,607.55<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1382 |
| **KATHLEEN BERCEL**<br>2640 RUSSEL DR<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  /SCH H | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Claim Info | Description |
|---|---|---|
| **FS & DL DEMARCO DDS PC**<br>C/O AAS DEBT RECOVERY INC(*)<br>PO BOX 129*<br><br>MONROEVILLE, PA  15146 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:4<br><br>CLAIM:  24.52<br>COMMENT:  NT/SCH*12/15 SERVICES | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7389 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O RIGHTPATH SERVICING<br>PO BOX 619094<br><br>DALLAS, TX  75261-9741 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:11<br><br>CLAIM:  5,309.90<br>COMMENT:  $/CL-PL*THRU 10/19*FR LAKEVIEW/LOANCARE-DOC 91*FR LAKEVIEW/COMM LN-D | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  5116 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:8<br><br>CLAIM:  926.07<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7629 |
| **GRB LAW****<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PEOPLES/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  BAYVIEW LN SVCNG/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA  15212 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PMT/OE-STIP*BGN 6/22 DISB*DKT | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  5666 |

Case 19-23944-CMB    Doc 121    Filed 12/19/23    Entered 12/19/23 14:34:18    Desc
Page 6 of 6