**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| EILEEN MARIE STAMPS | Case No.:19-23944 |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 10/08/2019 and confirmed on 11/21/2019 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 67,664.19 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 67,664.19 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 3,288.73 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,788.73 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 30,807.12 | 0.00 | 30,807.12 |
|     Acct: 5116 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 5,309.90 | 5,309.90 | 0.00 | 5,309.90 |
|     Acct: 5116 | | | | |
|   SANTANDER CONSUMER USA | 19,847.30 | 12,829.92 | 3,979.09 | 16,809.01 |
|     Acct: 5361 | | | | |
|   LINEAR MORTGAGE LLC | 5,770.51 | 5,383.60 | 1,018.33 | 6,401.93 |
|     Acct: 7629 | | | | |
| | | | | 59,327.96 |
| **Priority** | | | | |
|   JUSTIN P SCHANTZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   EILEEN MARIE STAMPS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW CARE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JUSTIN P SCHANTZ ESQ | 4,000.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 19-23944 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| JUSTIN P SCHANTZ ESQ | 500.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 1,547.50 | 0.00 | 1,547.50 |
| Acct: 5666 | | | | |
| | | | | 1,547.50 |
| **Unsecured** | | | | |
| AAS DEBT RECOVERY INC/AMERICAN AD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CITIFINANCIAL - CUSTOMER CARE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CITIZENS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CITY OF LOWER BURRELL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: HN9L | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT MANAGEMENT LP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ERIE INSURANCE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GENESIS MEDICAL ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HEYL FAMILY PRACTICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTEGRATED PRACTITIONERS CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ONE MAIN FINANCIAL GROUP LLC(*) | 11,827.12 | 0.00 | 0.00 | 0.00 |
| Acct: 1824 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SHANK WASTE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 2,331.96 | 0.00 | 0.00 | 0.00 |
| Acct: 8689 | | | | |
| TRISTATE ORTHOPAEDICS & SPORTS ME | 137.32 | 0.00 | 0.00 | 0.00 |
| Acct: 7310 | | | | |
| UPMC HEALTH SERVICES | 5,917.32 | 0.00 | 0.00 | 0.00 |
| Acct: 7629 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 516.35 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| WEST PENN POWER* | 1,607.55 | 0.00 | 0.00 | 0.00 |
| Acct: 1382 | | | | |
| FS & DL DEMARCO DDS PC | 24.52 | 0.00 | 0.00 | 0.00 |
| Acct: 7389 | | | | |
| UPMC PHYSICIAN SERVICES | 926.07 | 0.00 | 0.00 | 0.00 |
| Acct: 7629 | | | | |
| MUNICIPAL AUTHORITY OF THE CITY OF | 432.26 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8290 | | | | |
| ROBERTSON ANSCHULTZ  SCHNEID ET A | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 19-23944 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| ALDRIDGE PITE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCCABE WEISBERG & CONWAY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BROCK & SCOTT PLLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KATHLEEN BERCEL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

*** N O N E ***

| TOTAL PAID TO CREDITORS | | 60,875.46 |
|---|---|---|

TOTAL CLAIMED
PRIORITY            0.00
SECURED         30,927.71
UNSECURED       23.720.47

Date: 03/06/2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com